UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR 04-0203 JSW |
| Plaintiff, | ) [PROPOSED] FINAL ORDER OF |
| | ) FORFEITURE |
| v. | ) |
| FREDDY WONG, | ) |
| a/k/a Sing Ling, | ) |
| Defendant. | ) |

On May 21, 2007, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title, and interest in:

a 1996 Mazda MPV mini-van, VIN JM3LV5221T0808573

pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 1029(c)(1)(C). All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: April 4, 2008    _____
JEFFREY S. WHITE
United States District Judge